IN THE CIRCUIT COURT OF THE FIRST JUDICIAL CIRCUIT
IN AND FOR ESCAMBIA COUNTY, FLORIDA
CIVIL DIVISION

CASTLE KEY INSURANCE COMPANY
as Subrogee of JOAN WILKINSON,

        Plaintiff,                        CASE NO.:

v.                                                  DIVISION:

ONE WORLD TECHNOLOGIES, INC., a
Delaware corporation,

        Defendant.
_____/

## COMPLAINT

The Plaintiff, CASTLE KEY INSURANCE COMPANY as Subrogee of JOAN WILKINSON, sues the Defendant, ONE WORLD TECHNOLOGIES, INC., a Delaware corporation, and alleges:

    1.    That this is an action for damages that exceeds $15,000.00, exclusive of costs and interest.

    2.    That at all times material to this Complaint, the Plaintiff had in full force and effect a policy of insurance issued to Joan Wilkinson insuring the premises commonly referred to as 7421 Stagecoach Road, Pensacola, Florida 32526.

    3.    That at all times material to this Complaint, the Defendant, ONE WORLD TECHNOLOGIES, INC., a Delaware corporation, manufactured and sold in the State of Florida, various power tools including the Ridgid X4 Model.

    4.    That the Plaintiff is informed of, believes and herein alleges, that the Defendant, ONE WORLD TECHNOLOGIES, INC., a Delaware corporation, manufactures Ridgid X4 Models pursuant to a license granted by Ridgid, Inc.



EXHIBIT 3

5. That approximately one year prior to July 18, 2013, Plaintiff's insured's son purchased a new Ridgid X4 Model Cordless Impact Driver, including the battery pack, from The Home Depot.

6. That at all times material to this Complaint, said power tool was not altered, modified or otherwise changed from the time of its manufacture to the date of loss.

7. That the Defendant, ONE WORLD TECHNOLOGIES, INC., a Delaware corporation, placed said product on the market with knowledge that it would be used without inspection for defects.

8. That said product was defective and unreasonably dangerous, and as a result thereof, on or about July 18, 2013, the battery pack overheated which caused a fire at Plaintiff's insured's premises identified above.

9. That as a direct and proximate result of said product's defective condition, Plaintiff's insured's premises, together with certain therein, was damaged, which damages totaled $94,459.69, inclusive of Plaintiff's insured's deductible.

10. That pursuant to the above described policy of insurance, the Plaintiff was called on to pay and did pay the aforesaid sum and is now subrogated to the rights of its insured.

WHEREFORE, the Plaintiff, CASTLE KEY INSURANCE COMPANY as Subrogee of JOAN WILKINSON, demands judgment for damages against the Defendant, ONE WORLD TECHNOLOGIES, INC., a Delaware corporation, in the amount of $94,459.69, together with costs and interest.

/s/ Eddy R. Resnick
EDDY R. RESNICK, ESQUIRE
Law Office of Eddy R. Resnick, P.A.
2020 Ashley Oaks Circle, Ste. 101
Wesley Chapel, FL 33544
(813) 948-5421
(813) 948-5422 Fax
Florida Bar No. 215538
Attorney for Plaintiff
eddy@eresnicklaw.com
erlasst@eresnicklaw.com

#2149.14

N SHERIFF'S HANDS
W CASTLE COUN
2014 APR 14 AM 1:49