UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
**PENSACOLA DIVISION**

CASTLE KEY INSURANCE COMPANY
as Subrogee of JOAN WILKINSON,

CASE NO.: 3:14-CV-00230-MCR-CJK

Plaintiff,

vs.

ONE WORLD TECHNOLOGIES, INC.; and
HOME DEPOT U.S.A., INC.,

Defendant.
_____/

### NOTICE OF SETTLEMENT

COMES NOW Plaintiff, CASTLE KEY INSURANCE COMPANY, as Subrogee of JOAN WILKINSON ("Plaintiff"), hereby notifies the Court that CASTLE KEY INSURANCE COMPANY a/s/o JOAN WILKINSON and ONE WORLD TECHNOLOGIES, INC. and HOME DEPOT U.S.A., INC., have reached a settlement in this matter resolving all issues between the parties raised in the Plaintiff's Amended Complaint. The Plaintiff will file a Notice of Voluntary Dismissal once all formal settlement documents are finalized.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed on November 14, 2014 via CM/ECF which will send a copy of this filing via electronic mail to all attorneys of record and by the Court via e-mail to: Robert M. Fulton, Esq. and Christopher S. Branton, Esq. at bfulton@hwhlaw.com; cbranton@hwhlaw.com.

/s/ Michael Stevens
Michael B. Stevens, Esq.
Florida Bar No.: 0057466
David J. Kim, Esq.
Florida Bar No.: 0074368
DERREVERE HAWKES BLACK & COZAD
2005 Vista Parkway, Suite 210
West Palm Beach, FL 33411
Telephone: (561) 684-3222/Fax: (561) 640-3050
Counsel for Plaintiff